IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALERIE THOMPSON, on behalf of plaintiff and the class members described herein, | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| | ) |
| RESURGENCE LEGAL GROUP, PC; PALISADES COLLECTION L.L.C.; and PALISADES ACQUISITION XVI, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

Defendant, Resurgence Legal Group, PC, by and through its undersigned counsel, and for its Notice of Removal pursuant to 28 U.S.C. §1441(a) and 1446, and in support thereof, states as follows:

1. On or about October 21, 2022, plaintiff filed a putative class action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, which was captioned *Valerie Thompson et al. v. Resurgence Legal Group, PC et al.*, and docketed at Case No. 2022CH10432. A copy of the state court complaint ("Complaint") is attached hereto as Exhibit A.

2. On October 28, 2022, plaintiff served a Summons and Complaint on defendant. A copy of the Summons is attached as Exhibit B. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

3. The Complaint asserts a federal cause of action against defendant for purported violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq, as well

as a claim under the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/2.

4. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon the defendant. 28 U.S.C. § 1446(b).

5. 28 U.S.C. §1441(b) provides as follows:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

6. The United States District Court for the Northern District of Illinois has jurisdiction over plaintiff's FDCPA claim due to the fact that the allegations against defendant contained in the complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

7. This Court has supplemental jurisdiction over Plaintiff's ICFA state law claim, pursuant to 28 U.S.C. § 1367, because this claim arises from the same series of events, arises from the same set of operative facts, relates to the same alleged wrongful conduct, and forms part of the same case or controversy as the federal claim alleged.

8. The complaint purports to allege a concrete injury sustained by the plaintiff at paragraph 47.

9. Concurrent with the filing of this Notice of Removal, defendant is filing a Notice of Filing Notice of Removal with the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

10. Counsel for Palisades Collection L.L.C., and Palisades Acquisition XVI, LLC consents to the removal as evidenced by their counsel's signature below.

WHEREFORE, defendant, Resurgence Legal Group, PC, respectfully requests that this case proceed in this court as an action properly removed to it.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

s/ *Todd P. Stelter*
Todd P. Stelter
One of Defendant's Attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

Defendants, PALISADES COLLECTION, LLC, and PALISADES ACQUISITION XVI, LLC consent to this case being removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division to the United States District Court for the Northern District of Illinois, Eastern Division.

                                                        Respectfully submitted,

                                                        MOSS & BARNETT

                                                       s/ *Sarah E. Doerr*
                                                       Sarah E. Doerr
                                                       One of Defendants' Attorneys

Sarah E. Doerr
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
612/877-5297
612/877-5024 – facsimile
sarah.doerr@lawmoss.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VALERIE THOMPSON, on behalf of plaintiff and the class members described herein, </br></br>　　　　　　　　　　Plaintiff, </br></br>　　v. </br></br>RESURGENCE LEGAL GROUP, PC; PALISADES COLLECTION L.L.C.; and PALISADES ACQUISITION XVI, LLC, </br></br>　　　　　　　　　　Defendants. | Case No. |

**CERTIFICATE OF SERVICE**

　　I, Todd P. Stelter, an attorney, certify that I shall cause to be served a copy of **Notice of Removal** upon the below listed individual(s), by deposit in the U.S. mail, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **November 23, 2022.**

☒ CM/ECF　　　　　　　　　　　*To All Parties of Record*
☐ Facsimile
☐ Federal Express
☐ Regular U.S. Mail
☐ Messenger
☒ E-Mail

　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

Todd P. Stelter　　　　　　　　　　s/ *Todd P. Stelter*
HINSHAW & CULBERTSON LLP　　Todd P. Stelter
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com