## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Valerie Ann Thompson
            Plaintiff,

v.                     Case No.: 1:22−cv−06580
                    Honorable Nancy L. Maldonado

Resurgence Legal Group, PC, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

  MINUTE entry before the Honorable Nancy L. Maldonado:The Court is in receipt of the parties' stipulation to remand [28]. In light of the stipulation, Plaintiff's pending motion to remand [20] is stricken as moot, and the Court directs the Clerk of the Court to remand this case to the Circuit Court of Cook County, Chancery Division, forthwith. Each party shall bear its own fees and costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.